**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Cara Beth Powell                                 CHAPTER 13

                       Debtor(s)

                                                 BKY. NO. 24-10582 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Legacy Mortgage Asset Trust 2021-GS1 and index same on the master mailing list.

                                                   Respectfully submitted,

                                                   /s/ **Mark A. Cronin**
                                                      Mark Cronin
                                                      27 Feb 2024, 15:31:36, EST

                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322