Affirm, Inc.
Attn: Bankruptcy Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

American First Finance
Attn: Bankruptcy
PO Box 565848
Dallas, TX 75356

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Carvant Financial Llc
211 Robbins Lane
Syosset, NY 11791

Chime/Stride Bank
Attn: Bankruptcy
PO Box 417
San Francisco, CA 94104-0417

City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Cornerstone
Pob 60610
Harrisburg, PA 17106

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

DeMarco, Drew
12339 Academy Rd
Philadelphia, PA 19154-1927

Fingerhut
Attn: Bankruptcy 6250 Ridgewood Road
Saint Cloud, MN 56303

Fingerhut Fetti/Webbank
Attn: Bankruptcy 6250 Ridgewood Road
Saint Cloud, MN 56303

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Merrick Bank/Card Works
Attn: Bankruptcy
PO Box 9201
Old Bethpage, NY 11804-9001

Midland Credit Mgmt
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Philadelphia Gas Works
800 W Montgomery Ave
Philadelphia, PA 19122-2806

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

Shellpoint Mortgage Servicing
Attn: Bankruptcy
75 Beattie Pl Ste 300
Greenville, SC 29601-2138

Southern New Hampshire University
2500 N River Rd
Manchester, NH 03106-1018

Truist Financial
Attn: Bankruptcy 214 N Tryon St
Charlotte, NC 28202

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Uplift, Inc.
Attn: Bankruptcy
440 N Wolfe Rd
Sunnyvale, CA 94085-3869

Upstart Finance
Attn: Bankruptcy
PO Box 1503
San Carlos, CA 94070