**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Cara Beth Powell,<br><br>*Debtor*. | Case No. 24-10582-AMC<br>Chapter 13 |

**Notice of Debtor's Election to Participate**
**in Student Loan Management (SLM) Program**

The above-named Debtor elects to participate in the Eastern District of Pennsylvania Student Loan Management Program (the "SLM Program") and agrees to comply with the SLM Procedures, including proper service on all Required Parties.

The Debtor acknowledges the automatic stay established by 11 U.S.C. § 362(a) will be modified to the extent necessary to permit all parties to participate in and to facilitate the SLM program.

**NOTICE IS HEREBY GIVEN THAT:**

**IF YOU OPPOSE PARTICIPATION IN THE SLM PROGRAM, you must file a written response with the Clerk of the Court specifying your opposition on or before Friday, July 12, 2024.** The address of the Clerk is: U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

**IF A RESPONSE IS TIMELY FILED**, the Court will schedule a hearing at a date and time to be determined by the Court.

**IF NO RESPONSE IS TIMELY FILED**, the Court may deem the matter unopposed and enter an order commencing the SLM Program.

Date: June 28, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Mike Assad

Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com