# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10582-amc |
|     Cara Beth Powell, | Chapter 13 |
|         Debtor. | Related to ECF No. 20 |

## Certificate of No Response

I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the Notice of Debtor's Election to Participate in Student Loan Management (SLM) Program filed at ECF No. 20. I respectfully request that the proposed order attached to the notice be entered at the earliest convenience of the Court.

Date: July 17, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com