Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 24-10582-AMC**

Cara Beth Powell  
232 N. 61St  
Philadelphia  PA    19139

Petition Filed Date: 02/22/2024  
341 Hearing Date: 05/24/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/01/2024 | $350.00 | | 05/02/2024 | $355.00 | | 05/31/2024 | $350.00 | |
| 07/01/2024 | $350.00 | | 07/30/2024 | $350.00 | | | | |

**Total Receipts for the Period:  $1,755.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,755.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | MERRICK BANK<br>»» 001 | Unsecured Creditors | $1,323.44 | $0.00 | $0.00 |
| 2 | TRUIST BANK<br>»» 002 | Secured Creditors | $681.77 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $633.91 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $951.48 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $1,889.25 | $0.00 | $0.00 |
| 6 | AMERICAN FIRST FINANCE<br>»» 006 | Secured Creditors | $1,033.89 | $0.00 | $0.00 |
| 7 | SOUTHERN NEW HAMPSHIRE UNIVERSITY<br>»» 007 | Unsecured Creditors | $4,776.00 | $0.00 | $0.00 |
| 8 | PHILA MUNICIPAL COURT / TRAFFIC DIVISION<br>»» 008 | Unsecured Creditors | $2,049.40 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 009 | Priority Crediors | $1,804.83 | $0.00 | $0.00 |
| 10 | SELECT PORTFOLIO SERVICING INC<br>»» 010 | Mortgage Arrears | $6,123.13 | $0.00 | $0.00 |
| 11 | QUANTUM3 GROUP LLC<br>»» 011 | Unsecured Creditors | $3,625.58 | $0.00 | $0.00 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 012 | Secured Creditors | $1,516.58 | $0.00 | $0.00 |
| 13 | US DEPARTMENT OF EDUCATION<br>»» 013 | Unsecured Creditors | $693.73 | $0.00 | $0.00 |
| 14 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Priority Crediors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10582-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,755.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $0.00 | Arrearages: | $345.00 |
| Paid to Trustee: | $175.50 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $1,579.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.