IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re                                                  :
                                                       :     Chapter 13
    CARA BETH POWELL                                   :
                                                       :     Case No. 24-10582 (AMC)
                                            Debtor.    :
-------------------------------------------------------x

## ENTRY OF APPEARANCE OF THE CITY OF PHILADELPHIA COMBINED WITH DEMAND FOR SERVICE OF PAPERS

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter the appearance of PAMELA ELCHERT THURMOND, Esquire as counsel of record for creditor The City of Philadelphia and/or Water Revenue Bureau, where applicable, in the above-captioned matter.

PLEASE TAKE NOTICE that the City of Philadelphia and/or Water Revenue Bureau, (the "City"), a creditor and party-in-interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, Pamela Elchert Thurmond, Senior Attorney; such counsel hereby enters their appearance pursuant to Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") and Fed. R. Bankr. P. 9010 (b), and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007 and § 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the captioned case and served upon the City and to the attorney at the address and telephone number set forth below.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Creditor's rights: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury

in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Creditor is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly reserves.

                    Respectfully submitted,

                    THE CITY OF PHILADELPHIA

Dated: September 25, 2024        By:   */s/ Pamela Elchert Thurmond*
                    PAMELA ELCHERT THURMOND
                    Senior Attorney
                    PA Attorney I.D. 202054
                    Attorney for the City of Philadelphia
                        and/or
                    Water Revenue Bureau
                    City of Philadelphia Law Department
                    Municipal Services Building
                    1401 JFK Boulevard, 5th Floor
                    Philadelphia, PA  19102-1595
                    215-686-0508 (phone)
                    Email: Pamela.Thurmond@phila.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re                                    :
                                         :     Chapter 13
     CARA BETH POWELL                    :
                                         :     Case No. 24-10582 (AMC)
                                 Debtor. :
------------------------------------------------------x

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Entry of Appearance of the City of Philadelphia was served by the means designated below, on the date set forth below, upon the following parties:

Via ECF Filing
Chapter 13 Trustee:
United States Trustee
SCOTT F. WATERMAN
2901 St. Lawrence Ave. – Ste. 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street –Ste. 320
Philadelphia, PA 19107

MICHAEL I. ASSAD
Cibik Law, P.C.
1500 Walnut St. – Ste. 900
Philadelphia, PA 19102

Via USPS Mail Delivery
Cara Beth Powell
232 N. 61st Street
Philadelphia, PA 19139

Respectfully submitted,

Date: September 25, 2024

By:   /s/ Pamela Elchert Thurmond
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
City of Philadelphia Law Department
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
215-686-0582 (facsimile)
Email: Pamela.Thurmond@phila.gov

3