IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                                  :
                                                       :    Chapter 13
    CARA BETH POWELL                                   :
                                                       :    Case No. 24-10582 (AMC)
                                    Debtor.            :
-------------------------------------------------------x
```

### THE CITY OF PHILADELPHIA'S
### OBJECTION TO THE PROPOSED FIRST AMENDED CHAPTER 13 PLAN

TO THE HONORABLE ASHLEY M. CHAN:

AND NOW, comes the City of Philadelphia, (the "City"), a priority and secured creditor in the above-captioned case, by and through its Counsel, Pamela Elchert Thurmond, Senior Attorney, pursuant to Bankruptcy Code §§ 1322 and L.B.R. 3015-4, to object to the proposed First Amended Chapter 13 Plan (the "Plan"), of the above-captioned debtor, (the "Debtor"). The City avers the following in support thereof:

1. On February 22, 2024, the Debtor filed a voluntary petition for Chapter 13 bankruptcy with this Court.

2. On August 9, 2024, the City filed a claim that included unliquidated, non-filed business tax returns for Business Income & Receipt Taxes & Net Profit Taxes for which the Debtor is obligated to file returns but had failed to do so. A copy of the proof of claim filed by the City is attached hereto as "Exhibit A".

3. As of October 2, 2024, the Debtor has failed to file the following required tax returns with the City of Philadelphia:

> **Business Income and Receipts Tax returns for periods: 12/31/2019, 12/31/2020, 12/31/2021, 12/31/2022 & 12/31/2023**
>
> **Net Profits Tax returns for periods: 12/31/2018, 12/31/2019, 12/31/2020, 12/31/2021, 12/31/2022 & 12/31/2023**

4.	As neither the Debtor nor another party in interest has objected to the Tax Claim, it is deemed allowed.  See 11 U.S.C. § 502(a).

5.	The Plan should not be confirmed as the Debtor has failed to file all tax returns for all taxable periods during the four (4) year period ending on the date of the filing of the petition.  See 11 U.S.C. § 1308(a).

6.	The Plan should not be confirmed until all returns are filed and all taxes that constitute priority tax claims under 11 U.S.C. § 507 are provided for in the Plan.  See 11 U.S.C. § 1322(a)(2).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: October 2, 2024        By:    /s/ Pamela Elchert Thurmond
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
Email: Pamela.Thurmond@phila.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re                                          :
                                               :       Chapter 13
   CARA BETH POWELL                            :
                                               :       Case No. 24-10582 (AMC)
                                     Debtor.   :
---------------------------------------------------------x

**CERTIFICATION OF SERVICE**

I, Pamela Elchert Thurmond, Senior Attorney, for the City of Philadelphia in the above-captioned matter, hereby certify that on or before October 2, 2024, a copy of the Objection to the Proposed First Amended Chapter 13 Plan was served on the following parties by Court-generated ECF notice, and/or I served a copy by first class mail, postage prepaid, as indicated below, to the following addresses:

<u>Via ECF Filing Notice</u>

| | |
|---|---|
| Chapter 13 Trustee: | United States Trustee |
| SCOTT F. WATERMAN | Office of United States Trustee |
| Office of the Chapter 13 Standing Trustee | Robert N.C. Nix Federal Building |
| 2901 St. Lawrence Ave. – Suite 100 | 900 Market Street – Suite 320 |
| Reading, PA 19606 | Philadelphia, PA 1910 |

MICHAEL A. CIBIK, ESQ.
Cibik Law, P.C.
1500 Walnut Street – Suite 900
Philadelphia, PA 19102

<u>Via USPS Mail Delivery</u>
Cara Beth Powell
232 N. 61St Street
Philadelphia, PA 19139

                                             Respectfully submitted,

                                             THE CITY OF PHILADELPHIA

Dated: October 2, 2024             By:    <u>/s/ Pamela Elchert Thurmond</u>
                                                     PAMELA ELCHERT THURMOND
                                                     PA Attorney I.D. 202054