IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re                                          :
                                               :    Chapter 13
   CARA BETH POWELL              :
                                               :    Case No. 24-10582 (AMC)
                                    Debtor.   :
---------------------------------------------------------x

**PRAECIPE TO WITHDRAW CLAIM**

TO THE CLERK OF THE BANKRUPTCY COURT:

    Kindly withdraw Claim No.14, filed by the City of Philadelphia on August 9, 2024.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: October 18, 2024      By:    */s/ Megan N. Harper*
    MEGAN N. HARPER
    Divisional Deputy City Solicitor
    PA Attorney I.D. 81669
    Attorney for the City of Philadelphia
    City of Philadelphia Law Department
    Municipal Services Building
    1401 JFK Boulevard, 5th Floor
    Philadelphia, PA  19102-1595
    215-686-0503 (phone)
    Email: Megan.Harper@phila.gov