IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re                                    :
                                                              :     Chapter 13
    CARA BETH POWELL                        :
                                                              :     Case No. 24-10582 (AMC)
                               Debtor.         :
---------------------------------------------------------x

## **PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE BANKRUPTCY COURT:

    Kindly withdraw the City of Philadelphia's Objection to the Proposed First Amended Chapter 13 Plan [Docket No. 35] which was filed on October 2, 2024.

                                                 Respectfully submitted,

                                                 THE CITY OF PHILADELPHIA

Dated: October 18, 2024                    By: _/s/ Pamela Elchert Thurmond_
                                                 PAMELA ELCHERT THURMOND
                                                 Senior Attorney
                                                 PA Attorney I.D. 202054
                                                 Attorney for the City of Philadelphia
                                                      and/or
                                                 Water Revenue Bureau
                                               City of Philadelphia Law Department
                                             Municipal Services Building
                                             1401 JFK Boulevard, 5th Floor
                                             Philadelphia, PA  19102-1595
                                             215-686-0508 (phone)
                                             Email: Pamela.Thurmond@phila.gov