United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10582-amc |
| Cara Beth Powell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 19, 2024 | Form ID: 155 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cara Beth Powell, 232 N. 61St, Philadelphia, PA 19139-1105 |
| 14861011 | + | Carvant Financial Llc, 211 Robbins Lane, Syosset, NY 11791-6004 |
| 14861017 | | DeMarco, Drew, 12339 Academy Rd, Philadelphia, PA 19154-1927 |
| 14860098 | + | Legacy Mortgage Asset Trust 2021-GS1, c/o Mark A. Cronin, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14861029 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14861008 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 20 2024 00:48:46 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14861009 | + | Email/PDF: bncnotices@becket-lee.com | Dec 20 2024 00:22:29 | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |
| 14872101 | | Email/PDF: bncnotices@becket-lee.com | Dec 20 2024 00:48:15 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14914963 | | Email/Text: megan.harper@phila.gov | Dec 20 2024 00:19:00 | City of Philadelphia, Law Department Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor., Philadelphia, PA 19102 |
| 14861013 | | Email/Text: megan.harper@phila.gov | Dec 20 2024 00:19:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14889195 | | Email/Text: megan.harper@phila.gov | Dec 20 2024 00:19:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14861010 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2024 00:49:54 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14861012 | ^ | MEBN | Dec 20 2024 00:04:29 | Chime/Stride Bank, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 14861014 | | Email/Text: bankruptcy@philapark.org | Dec 20 2024 00:19:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14930834 | + | Email/Text: megan.harper@phila.gov | Dec 20 2024 00:19:00 | City of Philadelphia, Water Revenue Bureau, C/O Pamela Elchert Thurmond, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102-1663 |
| 14861015 | + | Email/Text: bncnotifications@pheaa.org | Dec 20 2024 00:17:00 | Cornerstone, Pob 60610, Harrisburg, PA 17106-0610 |
| 14861016 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 20 2024 00:19:00 | Credit Collection Services, Attn: Bankruptcy, 725 |

Case 24-10582-amc   Doc 47   Filed 12/21/24   Entered 12/22/24 00:35:35   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 19, 2024 | Form ID: 155 | Total Noticed: 44 |

| ID | | Method | Date | Recipient |
|---|---|---|---|---|
| | | | | Canton St, Norwood, MA 02062-2679 |
| 14861018 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 20 2024 00:19:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14861019 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 20 2024 00:19:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14861020 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 20 2024 00:18:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14864323 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2024 00:22:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14878446 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 20 2024 00:19:00 | Legacy Mortgage Asset Trust 2021-GS1, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14861021 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2024 00:22:10 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14864051 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 20 2024 00:22:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14861022 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 20 2024 00:22:04 | Merrick Bank/Card Works, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14872076 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 20 2024 00:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14861023 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 20 2024 00:18:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14861024 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 20 2024 00:18:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14861025 | | Email/Text: fesbank@attorneygeneral.gov | Dec 20 2024 00:18:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14861026 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 20 2024 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14861027 | ^ | MEBN | Dec 20 2024 00:04:43 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14861028 | ^ | MEBN | Dec 20 2024 00:04:22 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 14861030 | | Email/Text: bankruptcy@philapark.org | Dec 20 2024 00:19:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14880220 | | Email/Text: bnc-quantum@quantum3group.com | Dec 20 2024 00:18:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14866842 | | Email/Text: credit@snhu.edu | Dec 20 2024 00:17:00 | Southern New Hampshire University, 2500 N River Rd, Manchester, NH 03106-1018 |
| 14861031 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 20 2024 00:19:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14861032 | | Email/Text: mtgbk@shellpointmtg.com | Dec 20 2024 00:17:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 14864236 | + | Email/Text: bankruptcy@bbandt.com | Dec 20 2024 00:18:00 | Truist Bank, Bankruptcy Department, PO Box 85092, Richmond, VA 23285-5092 |
| 14861033 | + | Email/Text: bankruptcy@bbandt.com | Dec 20 2024 00:18:00 | Truist Financial, Attn: Bankruptcy 214 N Tryon St, Charlotte, NC 28202-0129 |
| 14861034 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 20 2024 00:19:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA |

Case 24-10582-amc   Doc 47   Filed 12/21/24   Entered 12/22/24 00:35:35   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 19, 2024 | Form ID: 155 | Total Noticed: 44 |

| Recip ID | Bypass Reason | Contact Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14861035 | | ^ MEBN | Dec 20 2024 00:04:31 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14861036 | + | Email/Text: bankruptcies@uplift.com | Dec 20 2024 00:17:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |
| 14895531 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 20 2024 00:18:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 14861037 | + | Email/Text: LCI@upstart.com | Dec 20 2024 00:17:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14866817 | *+ | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14866818 | *+ | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |
| 14866822 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14866819 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14866820 | *+ | Carvant Financial Llc, 211 Robbins Lane, Syosset, NY 11791-6004 |
| 14866821 | * | Chime/Stride Bank, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 14866823 | * | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14866824 | *+ | Cornerstone, Pob 60610, Harrisburg, PA 17106-0610 |
| 14866825 | *+ | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14866826 | * | DeMarco, Drew, 12339 Academy Rd, Philadelphia, PA 19154-1927 |
| 14866827 | *+ | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14866828 | *+ | Fingerhut Fetti/Webbank, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14866829 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14866830 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14866831 | * | Merrick Bank/Card Works, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14866832 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14866833 | *+ | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14866834 | *P++ | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL, ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION, STRAWBERRY SQUARE, 15TH FLOOR, HARRISBURG PA 17120-0001, address filed with court:, Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14866835 | * | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14866836 | * | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14866837 | *+ | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 14866838 | * | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14866839 | * | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14866840 | * | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14866841 | * | Shellpoint Mortgage Servicing, Attn: Bankruptcy, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 14866843 | *+ | Truist Financial, Attn: Bankruptcy 214 N Tryon St, Charlotte, NC 28202-0129 |
| 14866844 | * | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14866845 | * | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14866846 | *P++ | UPLIFT INC, 2 N CENTRAL AVE FL 10, PHOENIX AZ 85004-4422, address filed with court:, Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |
| 14866847 | *+ | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 0 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 19, 2024 | Form ID: 155 | Total Noticed: 44 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:**

**Name**          **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 bkgroup@kmllawgroup.com

MEGAN N. HARPER
    on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

MICHAEL A. CIBIK
    on behalf of Debtor Cara Beth Powell help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Cara Beth Powell<br><br>   Debtor(s). | Case No. 24−10582−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: December 18, 2024

                                                For The Court

                                                Ashely M. Chan
                                                Chief Judge, United States Bankruptcy Court