**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                          CASE NO.: 24-10582-amc
                                                                CHAPTER 13

**Cara Beth Powell,**

    **Debtor.**

_____/

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST<br>Name of Transferee | Legacy Mortgage Asset Trust 2021-GS1<br>Name of Transferor |

Name and Address where notices to Transferee should be sent:
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Court Claim # (if known): 10-1
Amount of Claim: $79,907.51
Date Claim Filed: 4/29/2024

Phone: 877-735-3637
Last Four Digits of Acct #: 5098

Phone: 1-800-258-8602
Last Four Digits of Acct #: 4563

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone:
Last Four Digits of Acct #: 5098

 I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and

 belief. By:  /s/ Robert Shearer                                    Date: July 24, 2026

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 29, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Cara Beth Powell
232 N. 61St
Philadelphia, PA 19139

And via electronic mail to:

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/ Ava Fasano-Herman

Email: afasanoherman@raslg.com