Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Cara Beth Powell
232 N. 61St
Philadelphia, PA 19139

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-10582-AMC**

Petition Filed Date: 02/22/2024
341 Hearing Date: 05/24/2024
Confirmation Date: 12/18/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2025 | $350.00 | | 08/21/2025 | $350.00 | | 10/02/2025 | $350.00 | |
| 11/03/2025 | $350.00 | | 12/02/2025 | $350.00 | | 12/29/2025 | $350.00 | |
| 01/28/2026 | $350.00 | | 03/06/2026 | $350.00 | | 04/03/2026 | $350.00 | |
| 05/04/2026 | $350.00 | | 06/05/2026 | $350.00 | | 07/09/2026 | $350.00 | |

**Total Receipts for the Period: $4,200.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $10,155.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,725.00 | $3,725.00 | $0.00 |
| 1 | MERRICK BANK<br>»» 001 | Unsecured Creditors | $1,323.44 | $0.00 | $1,323.44 |
| 2 | TRUIST BANK<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $633.91 | $0.00 | $633.91 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $951.48 | $0.00 | $951.48 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $1,889.25 | $0.00 | $1,889.25 |
| 6 | AMERICAN FIRST FINANCE<br>»» 006 | Unsecured Creditors | $1,033.89 | $0.00 | $1,033.89 |
| 7 | SOUTHERN NEW HAMPSHIRE UNIVERSITY<br>»» 007 | Unsecured Creditors | $4,776.00 | $0.00 | $4,776.00 |
| 8 | PHILA MUNICIPAL COURT / TRAFFIC DIVISION<br>»» 008 | Unsecured Creditors | $2,049.40 | $0.00 | $2,049.40 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 009 | Priority Crediors | $1,756.84 | $1,756.84 | $0.00 |
| 10 | SELENE FINANCE LP<br>»» 010 | Mortgage Arrears | $6,123.13 | $3,082.48 | $3,040.65 |
| 11 | QUANTUM3 GROUP LLC<br>»» 011 | Unsecured Creditors | $3,625.58 | $0.00 | $3,625.58 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 012 | Secured Creditors | $1,516.58 | $763.48 | $753.10 |

**Chapter 13 Case No. 24-10582-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | US DEPARTMENT OF EDUCATION<br>»» 013 | Unsecured Creditors | $693.73 | $0.00 | $693.73 |
| 14 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 15 | AMERICAN FIRST FINANCE | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | TRUIST BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | CORNERSTONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | CCS COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | CCS COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | DREW DEMARCO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | PECO ENERGY COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | PHILADELPHIA GAS WORKS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,155.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $9,327.80 | Arrearages: | $345.00 |
| Paid to Trustee: | $827.20 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.